McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

FILED

2005 AUG 31  A 11: 22

CLERK U.S. DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )    MAG. NO. 05-0218 LJO
                                 )
          Plaintiff,             )    ORDER
                                 )
     v.                          )
                                 )
FREDDIE ALLEN DELGADO,           )
                                 )
          Defendant.             )
                                 )
_____)

     Having considered the government's application to unseal the
arrest warrant, criminal complaint and affidavit in the above-
captioned proceeding,

     IT IS HEREBY ORDERED that the arrest warrant, criminal
complaint and affidavit submitted in support of the criminal
complaint shall be UNSEALED.

Dated: August 30, 2005
                31
                                 Honorable Lawrence J. O'Neill
                                 U.S. Magistrate Judge

1