```
 1  SHARI GREENBERGER, SBN 180438
    506 Broadway
 2  San Francisco CA 94133
    Telephone: 415/986-5591
 3
    Attorney for Defendant
 4  FREDDIE DELGADO

 5

 6

 7                      UNITED STATES DISTRICT COURT

 8                     EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,

11         Plaintiff,              CR 05-315 OWW

12      v.                         STIPULATION AND ORDER TO MODIFY
                                   DEFENDANT'S RELEASE CONDITIONS
13  FREDDIE DELGADO,               TO ELIMINATE ELECTRONIC
                                   MONITORING
14         Defendant.
                                  /
15

16      THE PARTIES HEREBY STIPULATE that defendant's conditions of

17  pretrial release may be modified to eliminate electronic

18  monitoring.  All other conditions are to remain the same.

19      IT IS SO STIPULATED.

20

21  /s/ KAREN ESCOBAR              /s/ SHARI L. GREENBERGER
    KAREN ESCOBAR                  SHARI L. GREENBERGER
22  Assistant U.S. Attorney        Attorney for FREDDIE DELGADO
    Dated: July 19, 2006           Dated: July 19, 2006
23

24      **IT IS SO ORDERED.**

25      Dated: July 21, 2006
                                   /s/ OLIVER W. WANGER
26                                 _____
                                            OLIVER W. WANGER
27                                  United States District Court

28
```

**PIER 5 LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331