```
SHARI GREENBERGER, SBN 180438
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorney for Defendant
FREDDIE DELGADO
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>FREDDIE DELGADO,<br><br>    Defendant.<br>_____ / | CR 05-315 OWW<br><br>STIPULATION AND <u>ORDER TO<br>CONTINUE PLEA DATE</u><br><br>Date: November 13, 2006<br>Time: 11:00 a.m.<br>Hon. Oliver W. Wanger |
|---|---|

    THE PARTIES HEREBY STIPULATE AND AGREE that the plea hearing date now scheduled for November 13, 2006, at 11:00 a.m. in this matter, be continued to December 5, 2006, at 11:00 a.m. based on a scheduling conflict.

    The parties also stipulate to exclude time under the Speedy Trial Act, on the grounds of continuity of counsel, in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

///

///

///

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

1  For reasons set forth above, the parties hereto
2 respectfully request a continuance of the plea hearing date in
3 this matter, from November 13, 2006, until December 5, 2006, at
4 11:00 a.m.

5

6 /s/ KAREN ESCOBAR                    /s/ SHARI L. GREENBERGER
  KAREN ESCOBAR                         SHARI L. GREENBERGER
7 Assistant U.S. Attorney               Attorney for FREDDIE DELGADO
  Dated: October 20, 2006               Dated: October 20, 2006
8

9

10           IT IS SO ORDERED.

11 **Dated:   October 20, 2006**              **/s/ Oliver W. Wanger**
   emm0d6                                 UNITED STATES DISTRICT JUDGE

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

2