Prob 12B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER

| | |
|---|---|
| **Offender Name:** | Freddie Allen Delgado |
| **Docket Number:** | 1:05CR00315-02 OWW |
| **Offender Address:** | Ukiah, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | April 16, 2007 |
| **Original Offense:** | 21 USC 841(a)(1), 841(b)(1)(D) and 846, Conspiracy to Manufacture, Distribute and Possess With the Intent to Distribute Marijuana<br>(CLASS D FELONY) |
| **Original Sentence:** | 36 months probation; 100 hours unpaid community service; $2,000 fine; $100 special assessment; mandatory testing. |
| **Special Conditions:** | 1) Search; 2) No dissipation of assets; 3) Financial disclosure; 4) Financial restrictions; 5) Drug/alcohol treatment; 6) Drug/alcohol testing; 7) Pager/cellular telephone restriction; 8) Community service; 9) Aftercare co-payment; 10) Drug registration; and 11) No marijuana/Marinol prescription. |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | April 16, 2007 |
| **Assistant U.S. Attorney:** | Karen A. Escobar   **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Shari Lynn Greenberger   **Telephone:** (415) 986-5591 |

**RE:     FREDDIE ALLEN DELGADO**
**       Docket Number:  1:05CR00315-02 OWW**
**       PETITION TO MODIFY THE CONDITIONS OR TERM**
**       OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**Other Court Action:**     On November 14, 2007, Probation Form 12A, Report of Offender Non-Compliance, filed with the Court, based on the offender's failure to abstain from the use of controlled substances.

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

**Commencing December 1, 2007, the defendant shall pay $150 per month towards his total fine obligation of $2,000.  Payments are to be made payable to:**

> **United States District Court Clerk**
> **Eastern District of California**
> **2500 Tulare Street, Suite 1501**
> **Fresno, California 93721**

**Justification:**     The offender is currently being supervised in the Northern District of California (ND/CA).  On May 23, 2007, the offender signed an informal payment agreement where he agreed to pay $150 per month commencing June 1, 2007, on his fine obligation.  As of October 23, 2007, no payments have been received and to better enforce collection of this fine balance, a formal order in support of this informal agreement is requested.  It is noted that on November 20, 2007, the offender advised that for the past five months, he has been working as a self-employed carpenter.  He further advised that he can and will abide by the above payment agreement.

RE:   FREDDIE ALLEN DELGADO
      Docket Number:  1:05CR00315-02 OWW
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Respectfully submitted,

/s/ Brian J. Bedrosian

**BRIAN J. BEDROSIAN**
**United States Probation Officer**
Telephone:  (559) 499-5700

**DATED:**   November 20, 2007
             Fresno, California
             BB

**REVIEWED BY:**   James E. Herbert
                   **JAMES E. HERBERT**
                   **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

**Dated:   November 26, 2007**          **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE