UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,　　　　　　　　　CR 05-315 OWW

  v.　　　　　　　　　　　　　　ORDER ALLOWING COUNSEL
　　　　　　　　　　　　　　　　　　TO WITHDRAW
FREDDIE DELGADO,

    Defendant.
_____/

    Upon request of counsel, and good cause appearing,

    IT IS HEREBY ORDERED that SHARI L. WHITE is allowed to withdraw as attorney of record for defendant FREDDIE DELGADO in this matter.

    IT IS SO ORDERED.

**Dated:   June 12, 2008**　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE