

FILED

SEP 15 2009

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )        No. 1:05-CR-00315 OWW
                                 )
      vs.                        )        ORDER OF RELEASE
                                 )
FREDDIE ALLEN DELGADO,           )
                                 )
            Defendant.           )
_____)

The above named defendant having been sentenced on his

Violation on Supervised Release on September 14, 2009,

IT IS HEREBY ORDERED that the defendant shall be released

forthwith. A certified Amended Judgment and Commitment order to

follow.

DATED: __9-15-09__


_____
HONORABLE OLIVER W. WANGER
U.S. DISTRICT JUDGE


12/6/06 ordreleese.form

1